

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-18-00116-CV

IN THE INTEREST OF A.E., Z.E.,
AND E.E., CHILDREN

\-\-\-\-\-\-\-\-\-\-\-

FROM THE 235TH DISTRICT COURT OF COOKE COUNTY
TRIAL COURT NO. CV16-00599

\-\-\-\-\-\-\-\-\-\-\-

## MEMORANDUM OPINION[1] AND JUDGMENT

\-\-\-\-\-\-\-\-\-\-\-

We have considered Appellant's verified motion to withdraw her notice of appeal from the trial court's order terminating her parent-child relationships with children A.E., Z.E., and E.E. The motion specifically states, "After thoughtful consideration, Appellant decided it was in the children's best interest to abandon the appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

PER CURIAM

PANEL: PITTMAN, WALKER, and MEIER, JJ.

DELIVERED: June 14, 2018